**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 5:23CR23 |
| | § | |
| ALAN HEATH | § | |

### ORDER ADOPTING NOVEMBER 5, 2024 REPORT AND RECOMMENDATION AND VACATING JUNE 12, 2024 ORDER ADOPTING

The above-styled matter was referred to the Honorable J. Boone Baxter, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Baxter submitted a November 5, 2024 Report and Recommendation recommending that Defendant be allowed to withdraw his June 7, 2024 plea of guilty and for the Court to vacate its June 12, 2024 Order Adopting, so that Defendant can enter into a Second Plea Agreement that replaces the first. Docket No. 39.

The Court is of the opinion that the Report and Recommendation should be accepted. It is accordingly ORDERED that the Report and Recommendation of the United States Magistrate Judge (Docket No. 39) is ADOPTED. It is further

ORDERED that the Defendant's June 7, 2024 guilty plea is withdrawn and the June 12, 2024 Order Adopting (Docket No. 31) is vacated.

**So ORDERED and SIGNED this 6th day of November, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE